| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Alliance BioEnergy Plus, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4944960** |
| 4. | Debtor's address | **Principal place of business**<br><br>**400 N. Congress Ave., Suite 130**<br>**West Palm Beach, FL 33401**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.alliancebioe.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Alliance BioEnergy Plus, Inc.**                                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 2

| Debtor | Alliance BioEnergy Plus, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| Debtor  **Alliance BioEnergy Plus, Inc.** | Case number (*if known*) |
| Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 22, 2018**
MM / DD / YYYY

**X /s/ Benjamin Slager**               **Benjamin Slager**
Signature of authorized representative of debtor       Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Nathan G. Mancuso**                Date **October 22, 2018**
Signature of attorney for debtor               MM / DD / YYYY

**Nathan G. Mancuso 174254**
Printed name

**Mancuso Law, P.A.**
Firm name

**7777 Glades Rd., Suite 100**
**Boca Raton, FL 33434**
Number, Street, City, State & ZIP Code

Contact phone  **561-245-4705**        Email address  **ngm@mancuso-law.com**

**174254 FL**
Bar number and State

## Resolution of Board of Directors
## of
## Alliance Bioenergy Plus, Inc.

Whereas, it is in the best interest of Alliance Bioenergy Plus, Inc., a duly-organized Nevada corporation (the "Company") to file a chapter 11 bankruptcy proceeding pursuant to chapter 11 of title 11 of the United States Code;

Be It Therefore Resolved, that Messrs. Benjamin Slager, Gerry David, and Anthony Santelli, each a duly-appointed officer or board member of the Company, are authorized and directed to execute and deliver all documents necessary to effectuate the chapter 11 bankruptcy proceeding on behalf of the Company; and

Be It Further Resolved, that Messrs. Benjamin Slager and Gerry David, and Anthony Santelli, each a duly-appointed officer or board member of the Company, are authorized and directed to appear in all proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such chapter 11 bankruptcy proceeding, and

Be It Further Resolved, that Messrs. Benjamin Slager and Gerry David, and Anthony Santelli, each a duly-appointed officer or board member of the Company, are authorized and directed to employ attorney Nathan G. Mancuso and the law firm Mancuso Law, P.A. to represent the Company in such chapter 11 bankruptcy proceeding consistent with the engagement agreement which has been accepted and acknowledged by the Company.

Dated: October 11, 2018

By: _____
Benjamin Slager
Director

Dated: October 11, 2018

By: _____
Anthony Santelli
Director

Dated: October ____, 2018

By: _____
Gerry David
Director

Dated: October 11, 2018

By: _____
George Bolton
Director

Dated: October ____, 2018

By: _____
Charles Sills
Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alliance BioEnergy Plus, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 22, 2018**          X **/s/ Benjamin Slager**
                                             Signature of individual signing on behalf of debtor

                                           **Benjamin Slager**
                                           Printed name

                                           **CEO**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Alliance BioEnergy Plus, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AES Financial Advisors, LLC**<br>9334 Amber Wood Dr.<br>Kirtland, OH 44094 | | financial consulting services | | | | $64,503.89 |
| **Animated Family Films**<br>4975 Dixie Hwy., Suite 503<br>Palm Bay, FL 32905 | | note payable | Contingent Disputed | | | $648,322.38 |
| **Benjamin Slager**<br>122 Via D'Este, Apt. 509<br>Delray Beach, FL 33445 | | unpaid compensation | | | | $307,859.25 |
| **Charles Sills**<br>1015 33rd. St., NW, Apt. 807<br>Washington, DC 20007 | | unpaid compensation | | | | $55,000.00 |
| **Christopher Jemapete**<br>6888 S. Irvington Ct.<br>Aurora, CO 80016 | | note payable | | | | $50,315.07 |
| **CTWC**<br>226 North Nova Rd., Suite 151<br>Ormond Beach, FL 32174 | | note payable | Contingent Disputed | | | $346,384.72 |
| **Daniel de Liege**<br>11648 Persimmon Blvd.<br>West Palm Beach, FL 33411 | | note payable | Contingent Disputed | | | $540,546.22 |

| Debtor | Alliance BioEnergy Plus, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daniel de Liege<br>11648 Persimmon Blvd.<br>Royal Palm Beach, FL 33411 | | unpaid compensation | Disputed | | | $80,000.00 |
| Dennis Lenaburg<br>c/o Joe M. Grant, Esq.<br>Marshall Socarras Grant, P.L.<br>197 S. Federal Hwy., Suite 200<br>Boca Raton, FL 33432 | | pending litigation claim | Contingent Unliquidated Disputed Subject to Setoff | | | $2,694,577.00 |
| H&K Investments<br>3412 Collonade Dr.<br>Wellington, FL 33449 | | note payable | Contingent Disputed | | | $108,031.42 |
| JMJ Financial<br>1504 Bay Rd.<br>Miami Beach, FL 33139 | | note payable | Disputed Subject to Setoff | | | $152,850.73 |
| Lucas Hoppel<br>c/o Gehres Law Group, P.C.<br>4275 Executive Square, Suite 200<br>La Jolla, CA 92037 | | note payable | Disputed Subject to Setoff | | | $452,939.20 |
| Mark Koch<br>3412 Collonade Dr.<br>Wellington, FL 33449 | | note payable | Contingent Disputed | | | $269,591.88 |
| Palm Beach Energy Solutions<br>11648 Persimmon Blvd.<br>Royal Palm Beach, FL 33411 | | note payable | Disputed | | | $88,906.50 |
| Pamela Jemapete<br>6888 S. Irvington Ct.<br>Aurora, CO 80016 | | note payable | | | | $50,315.07 |
| Power-Up Lending Group, Ltd.<br>c/o Richard S. Naidich. Esq.<br>Naidich Wurman, LLP<br>111 Great Neck Rd., Suite 214<br>Great Neck, NY 11021 | | note payable | Disputed Subject to Setoff | | | $286,500.00 |

Debtor **Alliance BioEnergy Plus, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Process Engineering Associates, LLC**<br>**700 S. Illinois Ave., Suite A-202**<br>**Oak Ridge, TN 37830** | | **2015 engineering study; TN judgment** | **Unliquidated Disputed** | | | **$116,818.26** |
| **Steven Dunkle**<br>**226 North Nova Rd., Suite 151**<br>**Ormond Beach, FL 32174** | | **note payable** | **Contingent Disputed** | | | **$379,569.80** |
| **Steven Sadaka**<br>**1301 International Pkwy., Suite 510**<br>**Sunrise, FL 33323** | | **note payable** | | | | **$100,000.00** |
| **Wellington Asset Holdings**<br>**226 North Nova Rd., Suite 151**<br>**Ormond Beach, FL 32174** | | **note payable** | **Contingent Disputed** | | | **$53,291.07** |

Accelerated Technologies
801 Maplewood Dr., suite 16
Jupiter, FL 33458


AES Financial Advisors, LLC
9334 Amber Wood Dr.
Kirtland, OH 44094


Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Cir., Suite 1060
Coral Gables, FL 33134


Animated Family Films
4975 Dixie Hwy., Suite 503
Palm Bay, FL 32905


Anthony Santelli
9334 Amber Wood Dr.
Kirtland, OH 44094


Automatic Data Processing
c/o ADP Small Business Services
5800 Windward Pkwy., MS B301
Alpharetta, GA 30005


B2I Technologies
2000 N. Central Expwy., Suite 220
Plano, TX 75074


Benjamin Slager
122 Via D'Este, Apt. 509
Delray Beach, FL 33445


Bindler Investment Group, LLC
429 Dundee Rd.
Glencoe, IL 60022


Broadridge Financial Solutions, Inc.
1155 Long Island Ave.
Edgewood, NY 11717


Calidus Management, LLC
400 N. Congress Ave., Suite 100
West Palm Beach, FL 33401

Capital Premium Financing
PO Box 660899
Dallas, TX 75266


Capitola Design
4420 Esta Lane
Soquel, CA 95073


Charles Sills
1015 33rd. St., NW, Apt. 807
Washington, DC 20007


Christopher Jemapete
6888 S. Irvington Ct.
Aurora, CO 80016


Clark Legal Services
10 Huron Ave., Suite 1N
Jersey City, NJ 07306


Clear Trust, LLC
16540 Point Village Dr., Suite 205
Lutz, FL 33558


CTWC
226 North Nova Rd., Suite 151
Ormond Beach, FL 32174


Daniel de Liege
11648 Persimmon Blvd.
West Palm Beach, FL 33411


Daniel de Liege
11648 Persimmon Blvd.
Royal Palm Beach, FL 33411


Dennis Lenaburg
c/o Joe M. Grant, Esq.
Marshall Socarras Grant, P.L.
197 S. Federal Hwy., Suite 200
Boca Raton, FL 33432


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030


Flagler Communications Group, Inc.
3475 S. Ocean Blvd., Suite 205
Palm Beach, FL 33480


Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103


George Bolton
116 Signature Dr.
Melbourne Beach, FL 32951


Gerry David
4654 E. State Rd. 64, Suite 409
Bradenton, FL 34208


H&K Investments
3412 Collonade Dr.
Wellington, FL 33449


Holland & Knight
PO Box 864084
Orlando, FL 32886


JMJ Financial
1504 Bay Rd.
Miami Beach, FL 33139


JMJ Financial
26800 Aliso Viejo Pkwy., Suite 200
Aliso Viejo, CA 92656


Joel B. Blumberg, P.A.
200 Butler St., Suite 307
West Palm Beach, FL 33407


JPMorgan Chase Bank, N.A.
c/o CT Corporation System, R.A.
1200 South Pine Island Rd.
Fort Lauderdale, FL 33324

Julie A. Smith
2782 Millstone Rd.
Tallahassee, FL 32312


Law Offices of Robert Diener
41 Ulua Pl.
Haiku, HI 96708


Lucas Hoppel
c/o Gehres Law Group, P.C.
4275 Executive Square, Suite 200
La Jolla, CA 92037


Luna Consultants
5333 S. Arville St., Suite 207
Las Vegas, NV 89118


Mark Koch
3412 Collonade Dr.
Wellington, FL 33449


NASDAQ Corporate Solutions
LBX # 11700
PO Box 780700
Philadelphia, PA 19178


Nicholas A. Correa
2936 Hidden Hills Rd., Apt. 1502
West Palm Beach, FL 33411


Owings, Wilson & Coleman
900 S. Gay St., Suite 800
Knoxville, TN 37902


Palm Beach Energy Solutions
11648 Persimmon Blvd.
Royal Palm Beach, FL 33411


Pamela Jemapete
6888 S. Irvington Ct.
Aurora, CO 80016


Paritz & Co.
15 Warren St.
Hackensack, NJ 07601

```
Patrick Simms
14542 Parracombe Lane
Midlothian, VA 23112


Peter J. Cohen
6466 Emerald Dunes Dr., Apt. 107
West Palm Beach, FL 33411


Pickwick Capital Partners
445 Hamilton St., Suite 1102
White Plains, NY 10601


Porter, Levay & Rose
7 Penn Plaza, Suite 810
New York, NY 10001


Power-Up Lending Group, Ltd.
c/o Richard S. Naidich. Esq.
Naidich Wurman, LLP
111 Great Neck Rd., Suite 214
Great Neck, NY 11021


Process Engineering Associates, LLC
700 S. Illinois Ave., Suite A-202
Oak Ridge, TN 37830


Shred-It USA, LLC
PO Box 13574
New York, NY 10087-3574


Steven Douglas
1301 International Pkwy., Suite 510
Fort Lauderdale, FL 33323


Steven Dunkle
226 North Nova Rd., Suite 151
Ormond Beach, FL 32174


Steven Sadaka
1301 International Pkwy., Suite 510
Sunrise, FL 33323


U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448
```

U.S. Securities & Exchange Commission
Atlanta Regional Office
950 E. Paces Ferry Rd., N.E., Suite 900
Atlanta, GA 30326


U.S. Securities & Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131


VGB Consulting, Inc.
8871 Boatswain Dr.
Boynton Beach, FL 33411


Weiss Law Group
Attn.: Jason S. Weiss, Esq.
5331 N. University Dr., Suite 103
Coral Springs, FL 33067


Wellington Asset Holdings
226 North Nova Rd., Suite 151
Ormond Beach, FL 32174